ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
rcottle@cottlefirm.com
MATTHEW D. MINUCCI, ESQ.
Nevada Bar No. 12449
mminucci@cottlefirm.com
**THE COTTLE FIRM**
8635 South Eastern Avenue
Las Vegas, Nevada 89123
Telephone: (702) 722-6111
Facsimile: (702) 834-8555
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CLARK COUNTY, NEVADA

| | |
|---|---|
| ALLON ADAR-BURLA and CATHERINE BRITTON,<br><br>Plaintiffs,<br><br>vs.<br><br>PAVILION PROPERTIES, INC d/b/a AFFINITYLIFESTYLES.COM, INC., a Domestic Corporation; REAL WATER INC., a Delaware Corporation; MILWAUKEE INSTRUMENTS, a Foreign Corporation; ROE Defendants 1-100,<br><br>Defendants.<br><br>MILWAUKEE INSTRUMENTS, a North Carolina Corporation,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>HANNA INSTRUMENTS, INC., a Rhode Island Corporation<br><br>Third-Party Defendant | CASE NO. 2:22-cv-00967-JAD-EJY<br><br>**Stipulation and Order Remanding Action Back to State Court**<br><br>ECF Nos. 4, 11 |

Plaintiffs ALLON ADAR-BURLA and CATHERINE BRITTON ("Plaintiffs") and Defendant MILWAUKEE INSTRUMENTS ("Defendant"), stipulate as follows:

- 1 -

1. On May 16, 2022, Plaintiffs commenced an action in the Eighth Judicial District Court of the State of Nevada, entitled Allon Adar-Burla and Catherine Britton, Plaintiffs vs. Pavilion Properties, Inc, et al. Case Number A-22-852595-C (the "Action").

2. On June 20, 2022, Defendant filed a Petition for Removal of Civil Action with the United States District Court for the District of Nevada.

3. On June 23, 2022, Plaintiffs filed a Motion to Remand, which was set for hearing on August 16, 2022.

4. After some discussion, the parties have agreed that the Action should be remanded to the Eighth Judicial District Court of the State of Nevada. To that end, the parties hereby stipulate that the Action be remanded to the Eighth Judicial District Court of the State of Nevada.

DATED this 12th day of August, 2022.

**THE COTTLE FIRM**
/s/ Matthew D. Minucci, Esq.
By:_____
ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
MATTHEW D. MINUCCI, ESQ.
Nevada Bar No. 12449
8635 South Eastern Avenue
Las Vegas, Nevada 89123
Phone: (702) 722-6111
Facsimile: (702) 834-8555
*Attorneys for Plaintiffs*

DATED this 12th day of August, 2022.

**KRING & CHUNG, LLP**
/s/ Elizabeth B. Lowell, Esq.
By:_____
ROBERT P. MOUGIN, ESQ.
Nevada Bar No. 7104
ELIZABETH B. LOWELL, ESQ.
Nevada Bar No. 8551
ROBERT T. ROBBINS, ESQ.
Nevada Bar No. 6109
7575 Vegas Drive, Suite 150G
Las Vegas, NV 89128
Telephone: (702) 260-9500
Facsimile: (702) 260-9434
*Attorneys for Defendant*

## ORDER

Based on the parties' stipulation [ECF No. 11] and with good cause appearing, the Motion to Remand [ECF No. 4] is DENIED as moot; the August 16, 2022, hearing on that motion [ECF No. 6] is VACATED; and the Clerk of Court is directed to REMAND THIS CASE back to the Eighth Judicial District Court, Case No. A-22-852595-C, Department 27, and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 12, 2022